**Opinion issued October 30, 2018**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-18-00870-CV

_____

## IN RE ANTHONY WELCH, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Anthony Welch, has filed a petition for writ of mandamus, arguing that the trial court denied his right to a trial by jury.[*]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[*] The underlying case is *Fulghum Inc. v. Anthony Welch and all Occupants*, cause number 18-CCV-062505, pending in the County Court at Law No. 4 of Fort Bend County, Texas, the Honorable Jerry W. Bussell presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.